UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Robert Trevor-Blair Davis, Sr ,

      Plaintiff(s),

v.

Carla Robert and Suzanne Hall ,

      Defendant(s).
_____/

Case No. 15-12076

HON. MARK A. GOLDSMITH

## ORDER STRIKING DOCUMENT (Dkt. 34 )

The Court has reviewed the following document: Defendant Robert's Motion for Summary Judgment (Dkt. 34 ). The Court finds that it should be stricken for the following reason(s):

☑ Missing statement of concurrence. See LR 7.1(a).

☐ Over-length. See LR 7.1(d)(3).

☐ Wrong font size. See LR 5.1(a)(3).

☐ Missing required information (e.g., concise statement of issues, controlling or most appropriate authority, etc.). See LR 7.1(d)(2).

☐ Improperly formatted (e.g., single-spaced, improper margins, missing page numbers, etc.). See LR 5.1(a)(2).

☐ Does not comply with the Case Management Order in this case for the following reasons:

_____

_____

_____ .

☑ Other: Failure to include the local rule certification required by Court order (Dkt. 8) .

Accordingly, the Court strikes the document. Defendant Robert shall file an amended document that complies with all requirements on or before April 7, 2016 .

SO ORDERED.

Dated: April 5, 2016  
Detroit, Michigan

s/ Mark A. Goldsmith  
MARK A. GOLDSMITH  
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 5, 2016 .

s/ Karri Sandusky  
Karri Sandusky  
Case Manager